UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, * | |
| * | |
| v. * | |
| * | Criminal Action No. 01-10393-JLT |
| ANTHONY IKEZAU ODIANA, * | |
| * | |
| Defendant * | |
| * | |

ORDER

April 19, 2007

TAURO, J.

After considering the Parties' filings, the court finds that Mr. Odiana's Motion for Expungement of Prior Criminal Record #01-10393 [#23] presents neither an adequate legal basis nor the kind of extreme circumstances that might warrant expungement. Accordingly, this motion is DENIED.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge